1   Laurence F. Padway (SBN: 083914)
    Karen K. Wind (SBN: 124852)
2   LAW OFFICES OF LAURENCE F. PADWAY
    1516 Oak Street, Suite 109
3   Alameda, CA 94501
    Telephone:    (510) 814-6100
4   Facsimile:    (510) 814-0650

5   Attorneys for Plaintiff
    Sandra Ball

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
    SANDRA BALL,                              No. C05-00027 SBA
10
            Plaintiff,                        **STIPULATION AND**
11                                            **ORDER EXTENDING TIME TO SET**
        v.                                    **ASIDE DISMISSAL**
12
    THE NEWS CORPORATION, LIMITED,
13  et al.

14          Defendants.
                                          /
15

16          Whereas, plaintiff apprised the court that the parties had reached a settlement, and on April

17  27, 2005, the Court issued its order dismissing this action which provided that any party may move

18  to reopen the case within 30 days of that order; and

19

20          Whereas, the parties are completing the implementation of the settlement and expect to be

21  completed by June 3, 2005;

22

23          Now, therefore, it is stipulated that the time for parties to move to reopen the case be

24  extended to and including June 3, 2005.

25

26          Dated:  May 27, 2005

27          /s/_____
            Laurence F. Padway
28          Attorney for plaintiff

    Stipulation and Order

                                                              REV. 4/01

1

Dated: May 27, 2005

2

3

/s/_____
Robert F. Schwartz
Attorney for defendants

4

5

6

It is so ordered.

7

8

DATE:  6-3-05

/s/ Saundra Brown Armstrong
Saundra Brown Armstrong
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order

R E V. 4/01